**KHOSROABADI & HILL, APC**
Sara Khosroabadi, Esq. (299642)
sara@kandhlawgroup.com
2535 Kettner Blvd., Suite 2A2
San Diego, CA 92101
Telephone: (858) 434-1020
Facsimile: (858) 260-2156

**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt@loker.law
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
Telephone: (805) 994-0177
Facsimile: (805) 994-0197

*Attorneys for Plaintiff,*
Maurice Samuels

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**MAURICE SAMUELS,**

Plaintiff,

v.

**HYUNDAI CAPITAL AMERICA, INC. DBA KIA MOTORS FINANCE, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANS UNION, LLC.; AND TOWING SAN DIEGO, INC.**

Defendants,

**Case No.:** 23-cv-00008-AJB-JLB

**NOTICE OF SETTLEMENT WITH DEFENDANT TRANS UNION, LLC.**

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff MAURICE SAMUELS ("Plaintiff") and TRANS UNION, INC. ("TRANS UNION") has been resolved. The Parties anticipate filing a Joint Stipulation to Dismiss TRANSUNION with Prejudice within sixty days. Plaintiff requests that all pending dates and filing requirements with regard to TRANS UNION be vacated.

To dispel ambiguity, Plaintiff's claims against all remaining Defendants remain active.

Dated: June 26, 2023                                   Respectfully submitted,


**KHOSROABADI & HILL, APC**


By:   /s/ Sara Khosroabadi
      SARA F. KHOSROABADI, ESQ.


## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Settlement with Defendant TRANSUNION, Inc. has been filed on June 26, 2023, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.


By:  /s/ Sara Khosroabadi
     SARA KHOSROABADI, ESQ.
     ATTORNEY FOR PLAINTIFF