**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt@loker.law
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

*Attorney for Plaintiff,*
Maurice Samuels

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE SAMUELS,<br><br>Plaintiff,<br><br>v.<br><br>HYUNDAI CAPITAL AMERICA, INC. DBA KIA MOTORS FINANCE, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANS UNION LLC; AND, TOWING SAN DIEGO INC.,<br><br>Defendant(s). | **Case No.:** 23-cv-8-AJB-JLB<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**<br><br>**HON. ANTHONY J. BATTAGLIA** |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff MAURICE SAMUELS ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES, LLC has been resolved. The Parties anticipate filing a Joint Stipulation to Dismiss EQUIFAX INFORMATION SERVICES, LLC with Prejudice within sixty days. Plaintiff requests that all pending dates and filing requirements regarding EQUIFAX INFORMATION SERVICES, LLC be vacated.

Date: August 3, 2023                                         **LOKER LAW, APC**

By: ___/s/ Matthew M. Loker___
Matthew M. Loker, Esq.
Attorney For Plaintiff

# CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement with Defendant EQUIFAX INFORMATION SERVICES, LLC* has been submitted on August 3, 2023 to all defense counsel of record via e-mail and U.S. Mail.

                                                                  ___/S/ MATTHEW M. LOKER__
                                                                      MATTHEW M. LOKER, ESQ.